PACIFIC GIANT, INC., Worldwide Link, Inc., and Ocean Duke Corp., Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee,

and

Crawfish Processors Alliance, Louisiana Department of Agriculture & Forestry, and Bob Odom, Commissioner, Defendants–Appellees.

No. 03–1254.

United States Court of Appeals, Federal Circuit.

April 23, 2003.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Mary D. EASTERDAY, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 03–3100.

United States Court of Appeals, Federal Circuit.

April 23, 2003.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.